**EXHIBIT – A**

ENDORSED FILED
SUPERIOR COURT

FEB 05 2021

COWLITZ COUNTY
STACI MYKLEBUST, Clerk

SUPERIOR COURT OF WASHINGTON FOR COWLITZ COUNTY

| | |
|---|---|
| STEWART WHITE, | ) |
| Plaintiff, | ) No.  21  2  00083  08 |
| v. | ) |
| THE HOME DEPOT, HOME DEPOT U.S.A., INC. | ) COMPLAINT FOR DAMAGES |
| Defendants. | ) |

COMES NOW the Plaintiff, STEWART WHITE, by and through his attorney, David A. Nelson, and for a claim against Defendants, alleges as follows:

## I. JURISDICTION AND VENUE

1.1    The above Court has jurisdiction over the parties and subject matter herein alleged.

1.2    Venue is proper in Cowlitz County, Washington, pursuant to Revised Code of Washington (RCW) 4.12.025 (where the accident occurred).

## II. PARTIES

2.1    The Plaintiff, STEWART WHITE, is resident of Kalama, Cowlitz County, Washington.

Complaint for Damages                    1

NELSON LAW FIRM, PLLC
1717 Olympia Way, Suite 204
Longview, WA 98632
Telephone (360) 425-9400
Facsimile (360) 425-1344
dave@lighthouselaw.com

2.2   Defendant, THE HOME DEPOT, is a retail business doing business in Cowlitz County, Washington.

2.3   Defendant, HOME DEPOT U.S.A., INC., is a Georgia corporation doing business in Longview, Cowlitz County, Washington.

## III. FACTS

3.1   On or about April 29, 2018, Plaintiff Stewart White was shopping at the Longview, Washington Home Depot store.

3.2   At the time he was shopping he was a business invitee.

3.3   While shopping, he paused by the riding lawn mowers and rested against one to take a break and review his shopping list.

3.4   While resting against the riding lawn mower, an employee of Home Depot pushed a heavy bar-b-que into Plaintiff's left hip area at a high rate of speed.

3.5   Striking the Plaintiff with the bar-b-que was negligent and reckless, and resulted in the injuries and damages set forth below.

## IV. DAMAGES

4.1   The Plaintiff has suffered past, present, and future damages as follows:

4.1.1   Non-economic damages in an amount according to proof at the time of trial for, including but not limited to:

   a.   Mental, physical, and emotional distress;

   b.   Pain and suffering;

   c.   Loss of the joys and amenities of life;

   d.   Inconvenience;

   e.   Disability; and

Complaint for Damages                              2

NELSON LAW FIRM, PLLC
1717 Olympia Way, Suite 204
Longview, WA 98632
Telephone (360) 425-9400
Facsimile (360) 425-1344
dave@lighthouselaw.com

f.    Loss of society and companionship.

4.1.2  Economic damages in an amount according to proof at the time of trial for, including but not limited to:

a.    Medical expenses of all kinds;

b.    Wage loss and/or earning capacity; and

c.    Mileage expenses associated with medical treatment.

WHEREFORE, the Plaintiff prays for judgment against the Defendants as follows:

1.    For the above-stated damages in an amount according to proof at the time of trial;

2.    For costs and reasonable attorney fees pursuant to RCW 4.84 et seq.; and

3.    For such other and further relief as the Court deems just and equitable.

DATED 5th day of ___February___, 2021.

NELSON LAW FIRM, PLLC

David A. Nelson    WSB #19145
Attorney for Plaintiff

Complaint for Damages                    3

NELSON LAW FIRM, PLLC
1717 Olympia Way, Suite 204
Longview, WA  98632
Telephone (360) 425-9400
Facsimile (360) 425-1344
dave@lighthouselaw.com

2-19-2021                    20180417871                    6020210219032444

ENDORSED FILED
SUPERIOR COURT

FEB 0 5 2021

COWLITZ COUNTY
STACI MYKLEBUST, Clerk

# CASE TYPE 2

## COWLITZ COUNTY SUPERIOR COURT
### CASE INFORMATION COVER SHEET

Case Number _0 0 0 8 3    0_ Case Title WHITE v. HOME DEPOT

Attorney Name DAVID A. NELSON                    Bar Membership Number 19145

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation. *Form Updated 12/28/2020*

**APPEAL/REVIEW**
___ Administrative Law Review (ALR 2)
___ Appeal of a Department of Licensing Revocation (DOL 2)
___ Civil, Non-Traffic (LCA 2)
___ Civil, Traffic (LCI 2)

**CONTRACT/COMMERCIAL**
___ Breach of Contract (COM 2)
___ Commercial Contract (COM 2)
___ Commercial Non-Contract (COL 2)
___ Contractor Bond Complaint (COM 2)
___ Third Party Collection (COL 2)

**PROTECTION ORDER**
___ Civil Harassment (HAR 2)
___ Domestic Violence (DVP 2)
___ Extreme Risk Protection Order (XRP 2)
___ Foreign Protection Order (FPO 2)
___ Sexual Assault Protection (SXP 2)
___ Stalking (STK 2)
___ Vulnerable Adult Protection (VAP 2)
___ Extreme Risk Protection Order (XRP 2)
___ Extreme Risk Prot. Order Under 18 (XRU 2)

**JUDGMENT**
___ Abstract Only (ABJ 2)
___ Foreign Judgment (FJU 2)
___ Judgment, Another County (ABJ 2)
___ Judgment, Another State (FJU 2)
___ Tax Warrant (TAX 2)
___ Transcript of Judgment (TRJ 2)

**OTHER COMPLAINT/PETITION**
___ Abusive Litigation (ABL 2)
___ Action to Compel/Confirm Private Binding Arbitration (MSC 2)
___ Ballot Title (BAT 2)
___ Change of Name (CHN 2)
___ Petition for Certificate of Restoration of Opportunity (CRP 2)
___ Deposit of Surplus Funds (MSC 2)
___ Emancipation of Minor (EOM 2)
___ Injunction (INJ 2)
___ Interpleader (MSC 2)
___ Malicious Harassment (MHA 2)
___ Minor Settlement (No guardianship) (MST 2)

___ Petition for Civil Commitment (Sexual Predator)(PCC 2)
___ Property Damage-Gangs (PRG 2)
___ Restoration of Firearms Rights (RFR2)
___ Public Records Act (PRA 2)
___ Relief from Duty to Register (RDR2)
___ School District – Required Action Plan (SDR 2)
___ Seizure of Property from Commission of Crime (SPC 2)
___ Seizure of Property Resulting from a Crime (SPR 2)
___ Subdivision Election Process Review (SER 2)
___ Subpoenas (MSC 2)
___ Voter Election Law Review (VEP 2)

**PROPERTY RIGHTS**
___ Condemnation (CON 2)
___ Foreclosure (FOR 2)
___ Land Use Petition (LUP 2)
___ Property Fairness (PFA 2)
___ Quiet Title (QTI 2)
___ Unlawful Detainer (UND 2)

**TORT, MEDICAL MALPRACTICE**
___ Hospital (MED 2)
___ Medical Doctor (MED 2)
___ Other Health Care Professional (MED 2)

**TORT, MOTOR VEHICLE**
___ Death (TMV 2)
___ Non-Death Injuries (TMV 2)
___ Property Damage Only (TMV 2)
___ Victims of Motor Vehicle Theft (VVT 2)

**TORT, NON-MOTOR VEHICLE**
___ Asbestos (PIN 2)
___ Other Malpractice (MAL 2)
_X_ Personal Injury (PIN 2)
___ Products Liability (TTO 2)
___ Property Damage (PRP 2)
___ Wrongful Death (WDE 2)

**WRIT**
___ Habeas Corpus (WHC 2)
___ Mandamus (WRM 2)
___ Restitution (WRR 2)
___ Review (WRV 2)
___ Miscellaneous Writs (WMW 2)

IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW.

*Please Note: Public information in court files and pleadings may be posted on a public Web site.*