THE HONORABLE JUDGE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| STEWART WHITE,<br><br>                Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, HOME DEPOT U.S.A., INC.,<br><br>                Defendants. | CAUSE NO. 3:21-cv-05830-DGE<br><br>**STIPULATED MOTION TO DISMISS**<br><br>**AND ORDER**<br><br>NOTE FOR HEARING: June 8, 2022<br><br>WITHOUT ORAL ARGUMENT |

## I.  STIPULATION

Plaintiff Stewart White ("Plaintiff") and Defendants The Home Depot and Home Depot U.S.A., Inc. (collectively, "Defendants"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiffs in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties.  Any and all

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 3:21-cv-05830- DGE) - Page 1

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

claims that were brought or could have been brought have been fully settled by the parties outside of court.

STIPULATED TO on this 8th day of June, 2022.

| LAW OFFICE OF MEREDITH A LONG, PLLC | HOLT WOODS & SCISCIANI LLP |
|---|---|
| *s/Meredith A. Long (via email authorization)* <br> Meredith A. Long, WSBA No. 48691 <br> Attorney for Plaintiff | *s/ Kelsey L. Shewbert* <br> *s/Kaytlin L. Carlson* <br> Kelsey L. Shewbert, WSBA No. 51214 <br> Kaytlin L. Carlson, WSAB No. 52606 <br> Attorneys for Defendants |

## II. ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiffs in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DONE this 9th day of June, 2022.

David G. Estudillo
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 3:21-cv-05830- DGE) - Page 2

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065